THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DeELVIN CHATMAN, Defendant-Appelant.

(No. 57614;

First District (4th Division)—September 26, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, (Robert Gevirtz, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, William K. Hedrick, and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.